UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN ALLEN DAVEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PIERCE COUNTY COUNCIL, *et al.*, <br><br> Defendants. | CASE NO. C21-5068-JCC <br><br> ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 25).

Plaintiffs Justin Allen Davey and Ezra Fleming-Ralston filed a proposed civil rights complaint under a single cause of action. (Dkt. Nos. 1-1, 7-1.) Plaintiffs allege violations of their constitutional rights related to plumbing and sewer conditions in their unit at the Pierce County Jail. (*Id.*) Judge Theiler recommends the Court dismiss the second-named plaintiff, Mr. Fleming-Ralston, without prejudice to instituting a separate lawsuit; the first-named plaintiff, Mr. Davey, would then proceed as the sole plaintiff in this action. (Dkt. No. 25 at 2.) Judge Theiler also recommends the Court strike Mr. Fleming-Ralston's motion to proceed IFP, the IFP applications filed by non-parties, and the motion to amend the complaint and the proposed amended complaint, and order Mr. Davey to file an amended complaint within 30 days addressing only his individual claims. (*Id.*) Neither Mr. Davey nor Mr. Fleming-Ralston object, and Mr. Davey has

already filed an amended complaint addressing only his individual claims. (*See* Dkt. No. 26 at 3.)

Having thoroughly considered the R&R, the lack of objections thereto, and the relevant record, the Court ORDERS:

1. The Court ADOPTS the R&R (Dkt. No. 25).
2. Pursuant to Federal Rule of Civil Procedure 21, the second-named plaintiff, Ezra Fleming-Ralston, is DISMSSED without prejudice to instituting a separate lawsuit.
3. Mr. Fleming-Ralston's motion to proceed *in forma pauperis* ("IFP") (Dkt. No. 7), non-parties Justin D. Mohler's and Roger Woodard's applications to proceed IFP (Dkt. Nos. 13, 14), Plaintiff's motion to amend the complaint (Dkt. No. 8), and the proposed amended complaint (Dkt. No. 15) are STRICKEN.
4. If he chooses to re-file his claims, Mr. Fleming-Ralston shall proceed in a separate case, file a new complaint addressing only his individual claims, and pay a new filing fee or file an application to proceed IFP.
5. The matter is referred back to the Honorable Mary Alice Theiler for further proceedings.
6. The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 28th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-5068-JCC
PAGE - 2