U.S. District Judge Lauren King
US Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN ALLEN DAVEY,

Plaintiff,

vs.

PIERCE COUNTY COUNCIL, ED
TROYER, PATTI JACKSON, BRIAN
SUTHERLIN, MATTHEW DOBSON,
ANTHONY MASTANDREA, DARRYL
HERBISON, AND TORVALD PEARSON,

Defendants.

NO.  3:21-cv-05068-JCC-SKV

PIERCE COUNTY DEFENDANTS'
ANSWER TO PLAINTIFF'S SECOND
AMENDED COMPLAINT

I.   **ANSWER**

COME NOW the Defendants Pierce County, by and through their attorneys of record,

Mary E. Robnett, Pierce County Prosecuting Attorney, and Frank A. Cornelius, Deputy

Prosecuting Attorney, and make the following Answer to Plaintiff's Second Amended Complaint

for Personal Injuries.  These answering Defendants deny each and every allegation of Plaintiff's

Complaint not specifically admitted to herein.

1.1     In answer to the allegations in paragraph 1.1 of Plaintiff's Second Amended

Complaint, these answering Defendants admit jurisdiction.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 1
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1       1.2    In answer to the allegations in paragraph 2.2 of Plaintiff's Second Amended

2   Complaint, these answering Defendants admit that Plaintiff was incarcerated at the Pierce

3   County jail. As to any remaining allegations, Defendants are without sufficient information to

4   admit or deny, and therefore, deny the same.

5       1.3    In answer to the allegations in paragraph 3.3 of Plaintiff's Second Amended

6   Complaint, these answering Defendants admit that Pierce County is a political subdivision of the

7   State of Washington with address 930 Tacoma Avenue S., Tacoma, WA 98402 As to all

8   remaining allegations, Defendant denies the same.

9   **COUNT 1**

10      1.1    In answer to the allegations in paragraph 1.1, 1-8 of Plaintiff's Second Amended

11  Complaint, these answering Defendants deny the same.

12  **FACTS**

13      1.2    In answer to the allegations in paragraph 1.2 of Plaintiff's Second Amended

14  Complaint, these answering Defendants are without sufficient information to admit or deny the

15  allegations, and therefore, deny the same.

16      1.3    In answer to the allegations in paragraph 1.3 of Plaintiff's Second Amended

17  Complaint, these answering Defendants admit the same.

18      1.4    In answer to the allegations in paragraph 1.4 of Plaintiff's Second Amended

19  Complaint, these answering Defendants are without sufficient information to admit or deny the

20  allegations, and therefore, deny the same.

21      1.5    In answer to the allegations in paragraph 1.5 of Plaintiff's Second Amended

22  Complaint, these answering Defendants state that the allegations are argumentative.  Defendants

23  are without sufficient information to admit or deny the allegations, and therefore, deny the same.

24      1.6    In answer to the allegations in paragraph 1.6 of Plaintiff's Second Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 2
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

Complaint, these answering Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.7     In answer to the allegations in paragraph 1.7 of Plaintiff's Second Amended Complaint, these answering Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.8     In answer to the allegations in paragraph 1.8 of Plaintiff's Second Amended Complaint, these answering Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.9     In answer to the allegations in paragraph 1.9 of Plaintiff's Second Amended Complaint, these answering Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.10    In answer to the allegations in paragraph 1.10 of Plaintiff's Second Amended Complaint, these answering Defendants state that the allegations are argumentative and speculative. Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.11    In answer to the allegations in paragraph 1.11 of Plaintiff's Second Amended Complaint, these answering Defendants state that the allegations are argumentative and speculative. Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.12    In answer to the allegations in paragraph 1.12 of Plaintiff's Second Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.13    In answer to the allegations in paragraph 1.13 of Plaintiff's Second Amended Complaint, these answering Defendants are without sufficient information to admit or deny the

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 3
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1    allegations, and therefore, deny the same.

2         1.14    In answer to the allegations in paragraph 1.14 of Plaintiff's Second Amended

3    Complaint, these answering Defendants are without sufficient information to admit or deny the

4    allegations, and therefore, deny the same.

5         1.16    In answer to the allegations in paragraph 1.16 (typographical error in pleading—

6    there is no paragraph 1.15) of Plaintiff's Second Amended Complaint, and to the extent that the

7    allegation(s) call for expert medical testimony, these answering Defendants deny the same.

8    Defendants also state that the allegation(s) are argumentative.  As to the remaining allegations,

9    Defendants are without sufficient information to admit or deny the allegations, and therefore,

10   deny the same.

11        1.17    In answer to the allegations in paragraph 1.17 of Plaintiff's Second Amended

12   Complaint, Defendants state that the allegation(s) are argumentative.  As to the remaining

13   allegations, Defendants are without sufficient information to admit or deny the allegations, and

14   therefore, deny the same.

15        1.18    In answer to the allegations in paragraph 1.18 of Plaintiff's Second Amended

16   Complaint, Defendants state that the allegation(s) are argumentative.  As to the remaining

17   allegations, Defendants are without sufficient information to admit or deny the allegations, and

18   therefore, deny the same.

19        1.17    In answer to the allegations in paragraph 1.17 (typographical error in pleading—

20   Plaintiff added another paragraph 1.17) of Plaintiff's Second Amended Complaint, these

21   answering Defendants state that the allegation(s) are argumentative.  As to the remaining

22   allegations, Defendants are without sufficient information to admit or deny the allegations, and

23   therefore, deny the same.

24        1.18    In answer to the allegations in paragraph 1.18 (typographical error in pleading—

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 4
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

Plaintiff added another paragraph 1.18) of Plaintiff's Second Amended Complaint, these answering Defendants state that the allegation(s) are argumentative.  As to the remaining allegations, Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.19    In answer to the allegations in paragraph 1.19 of Plaintiff's Second Amended Complaint, these answering Defendants state that the allegation(s) are argumentative.  As to the remaining allegations, Defendants are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.20    In answer to the allegations in paragraph 1.20 of Plaintiff's Second Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.21    In answer to the allegations in paragraph 1.21 of Plaintiff's Second Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.22    In answer to the allegations in paragraph 1.22 of Plaintiff's Second Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.23    In answer to the allegations in paragraph 1.23 of Plaintiff's Second Amended Complaint, these answering Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 5
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1.24    In answer to the allegations in paragraph 1.24 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.25    In answer to the allegations in paragraph 1.25 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.26    In answer to the allegations in paragraph 1.26 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.27    In answer to the allegations in paragraph 1.27 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.28    In answer to the allegations in paragraph 1.28 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.29    In answer to the allegations in paragraph 1.29 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a medical opinion and/or legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 6
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1    same.

2        1.30    In answer to the allegations in paragraph 1.30 of Plaintiff's Second Amended

3    Complaint, Defendants state that the allegations are argumentative and object to the extent that

4    the allegations call for a legal conclusion. Defendants deny the same.

5        1.31    In answer to the allegations in paragraph 1.31 of Plaintiff's Second Amended

6    Complaint, Defendants state that the allegations are argumentative. Defendants further answer

7    that they are without sufficient information to admit or deny the allegations, and therefore, deny

8    the same.

9        1.32    In answer to the allegations in paragraph 1.32 of Plaintiff's Second Amended

10   Complaint, Defendants state that the allegations are argumentative. Defendants further answer

11   that they are without sufficient information to admit or deny the allegations, and therefore, deny

12   the same.

13       1.33    In answer to the allegations in paragraph 1.33 of Plaintiff's Second Amended

14   Complaint, Defendants state that they are without sufficient information to admit or deny the

15   allegations, and therefore, deny the same.

16       1.34    In answer to the allegations in paragraph 1.34 of Plaintiff's Second Amended

17   Complaint, Defendants state that they are without sufficient information to admit or deny the

18   allegations, and therefore, deny the same.

19       1.35    In answer to the allegations in paragraph 1.35 of Plaintiff's Second Amended

20   Complaint, Defendants state that they are without sufficient information to admit or deny the

21   allegations, and therefore, deny the same.

22       1.36    In answer to the allegations in paragraph 1.36 of Plaintiff's Second Amended

23   Complaint, Defendants state that the allegations are argumentative and are hearsay. Defendants

24   further answer that they are without sufficient information to admit or deny the allegations, and

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 7
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

therefore, deny the same.

1.37     In answer to the allegations in paragraph 1.37 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a medical opinion and/or legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.38     In answer to the allegations in paragraph 1.38 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a medical opinion and/or legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.39     In answer to the allegations in paragraph 1.39 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a medical opinion and/or legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.40     In answer to the allegations in paragraph 1.40 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a medical opinion and/or legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.41     In answer to the allegations in paragraph 1.41 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a legal conclusion. Defendants further answer that they are without

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 8
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1   sufficient information to admit or deny the allegations, and therefore, deny the same.

2       1.42    In answer to the allegations in paragraph 1.42 of Plaintiff's Second Amended

3   Complaint, Defendants state that the allegations are argumentative and object to the extent that

4   the allegations call for a medical opinion and/or legal conclusion. Defendants further answer that

5   they are without sufficient information to admit or deny the allegations, and therefore, deny the

6   same.

7       1.43    In answer to the allegations in paragraph 1.43 of Plaintiff's Second Amended

8   Complaint, Defendants state that the allegations are argumentative. Defendants deny the same.

9       1.44    In answer to the allegations in paragraph 1.44 of Plaintiff's Second Amended

10  Complaint, Defendants state that the allegations are argumentative and object to the extent that

11  the allegations call for a legal conclusion. Defendants further answer that they are without

12  sufficient information to admit or deny the allegations, and therefore, deny the same.

13      1.45    In answer to the allegations in paragraph 1.45 of Plaintiff's Second Amended

14  Complaint, Defendants state that they are without sufficient information to admit or deny the

15  allegations, and therefore, deny the same.

16      1.46    In answer to the allegations in paragraph 1.46 of Plaintiff's Second Amended

17  Complaint, Defendants state that the allegations are argumentative and object to the extent that

18  the allegations call for a legal conclusion. Defendants further answer that they are without

19  sufficient information to admit or deny the allegations, and therefore, deny the same.

20      1.47    In answer to the allegations in paragraph 1.47 of Plaintiff's Second Amended

21  Complaint, Defendants state that the allegations are argumentative and object to the extent that

22  the allegations call for a legal conclusion. Defendants further answer that they are without

23  sufficient information to admit or deny the allegations, and therefore, deny the same.

24      1.48    In answer to the allegations in paragraph 1.48 of Plaintiff's Second Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 9
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax: (253) 798-6713

1  Complaint, Defendants state that they are without sufficient information to admit or deny the

2  allegations, and therefore, deny the same.

3       1.49    In answer to the allegations in paragraph 1.49 of Plaintiff's Second Amended

4  Complaint, Defendants state that the allegations are argumentative and object to the extent that

5  the allegations call for a legal conclusion. Defendants further answer that they are without

6  sufficient information to admit or deny the allegations, and therefore, deny the same.

7       1.50    In answer to the allegations in paragraph 1.50 of Plaintiff's Second Amended

8  Complaint, Defendants state that the allegations are argumentative and object to the extent that

9  the allegations call for a legal conclusion. Defendants further answer that they are without

10  sufficient information to admit or deny the allegations, and therefore, deny the same.

11       1.51    In answer to the allegations in paragraph 1.51 of Plaintiff's Second Amended

12  Complaint, Defendants state that the allegations are argumentative and object to the extent that

13  the allegations call for a legal conclusion. Defendants further answer that they are without

14  sufficient information to admit or deny the allegations, and therefore, deny the same.

15       1.52    In answer to the allegations in paragraph 1.52 of Plaintiff's Second Amended

16  Complaint, Defendants object to the extent that the allegations call for a legal conclusion.

17  Defendants further answer that they are without sufficient information to admit or deny the

18  allegations, and therefore, deny the same.

19       1.53    In answer to the allegations in paragraph 1.53 of Plaintiff's Second Amended

20  Complaint, Defendants state that the allegations are argumentative and object to the extent that

21  the allegations call for a legal conclusion. Defendants further answer that they are without

22  sufficient information to admit or deny the allegations, and therefore, deny the same.

23       1.54    In answer to the allegations in paragraph 1.54 of Plaintiff's Second Amended

24  Complaint, Defendants state that they are without sufficient information to admit or deny the

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 10
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1    allegations, and therefore, deny the same.

2         1.55    In answer to the allegations in paragraph 1.55 of Plaintiff's Second Amended

3    Complaint, Defendants state that they are without sufficient information to admit or deny the

4    allegations, and therefore, deny the same.

5         1.56    In answer to the allegations in paragraph 1.56 of Plaintiff's Second Amended

6    Complaint, Defendants that they are without sufficient information to admit or deny the

7    allegations, and therefore, deny the same.

8         1.57    In answer to the allegations in paragraph 1.57 of Plaintiff's Second Amended

9    Complaint, Defendants state that the allegations are argumentative. Defendants further answer

10   that they are without sufficient information to admit or deny the allegations, and therefore, deny

11   the same.

12        1.58    In answer to the allegations in paragraph 1.58 of Plaintiff's Second Amended

13   Complaint, Defendants that they are without sufficient information to admit or deny the

14   allegations, and therefore, deny the same.

15        1.59    In answer to the allegations in paragraph 1.59 of Plaintiff's Second Amended

16   Complaint, Defendants state that they are without sufficient information to admit or deny the

17   allegations, and therefore, deny the same.

18        1.60    In answer to the allegations in paragraph 1.60 of Plaintiff's Second Amended

19   Complaint, Defendants state that the grievance is argumentative and speaks for itself.  As to any

20   remaining allegations, Defendants further answer that they are without sufficient information to

21   admit or deny the allegations, and therefore, deny the same.

22        1.61    In answer to the allegations in paragraph 1.61 of Plaintiff's Second Amended

23   Complaint, Defendants state that they are without sufficient information to admit or deny the

24   allegations, and therefore, deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 11
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax: (253) 798-6713

1.62     In answer to the allegations in paragraph 1.62 of Plaintiff's Second Amended Complaint, Defendants admit that the toilets were not clogged. As to any remaining allegations, Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.63     In answer to the allegations in paragraph 1.63 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative and object to the extent that the allegations call for a medical and/or legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.64     In answer to the allegations in paragraph 1.64 of Plaintiff's Second Amended Complaint, Defendants state that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.65     In answer to the allegations in paragraph 1.65 of Plaintiff's Second Amended Complaint, Defendants state that the allegations contain hearsay, are argumentative and Defendants object to the extent that the allegations call for a legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.66     In answer to the allegations in paragraph 1.66 of Plaintiff's Second Amended Complaint, Defendants state that the allegations contain hearsay, are argumentative and Defendants object to the extent that the allegations call for a legal conclusion. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.67     In answer to the allegations in paragraph 1.67 of Plaintiff's Second Amended Complaint, Defendants state that the grievance response speaks for itself.  As to any remaining allegations, Defendants further answer that they are without sufficient information to admit or

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 12
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1    deny the allegations, and therefore, deny the same.

2          1.68    In answer to the allegations in paragraph 1.68 of Plaintiff's Second Amended

3    Complaint, Defendants state that the allegations are argumentative and object to the extent that

4    the allegations call for a legal conclusion. Defendants further answer that they are without

5    sufficient information to admit or deny the allegations, and therefore, deny the same.

6          1.69    In answer to the allegations in paragraph 1.69 of Plaintiff's Second Amended

7    Complaint, Defendants state that the allegations are argumentative. Defendants further answer

8    that they are without sufficient information to admit or deny the allegations, and therefore, deny

9    the same.

10         1.70    In answer to the allegations in paragraph 1.70 of Plaintiff's Second Amended

11   Complaint, Defendants state that the allegations are argumentative. Defendants further answer

12   that they are without sufficient information to admit or deny the allegations, and therefore, deny

13   the same.

14         1.71    In answer to the allegations in paragraph 1.71 of Plaintiff's Second Amended

15   Complaint, Defendants state that the allegations are argumentative. Defendants further answer

16   that they are without sufficient information to admit or deny the allegations, and therefore, deny

17   the same.

18         1.72    In answer to the allegations in paragraph 1.72 of Plaintiff's Second Amended

19   Complaint, Defendants state that they are without sufficient information to admit or deny the

20   allegations, and therefore, deny the same.

21         1.73    In answer to the allegations in paragraph 1.73 of Plaintiff's Second Amended

22   Complaint, Defendants state that they are without sufficient information to admit or deny the

23   allegations, and therefore, deny the same.

24         1.74    In answer to the allegations in paragraph 1.74 of Plaintiff's Second Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 13
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1    Complaint, Defendants state that they are without sufficient information to admit or deny the

2    allegations, and therefore, deny the same.

3            1.75    In answer to the allegations in paragraph 1.75 of Plaintiff's Second Amended

4    Complaint, Defendants state that they are without sufficient information to admit or deny the

5    allegations, and therefore, deny the same.

6            1.76    In answer to the allegations in paragraph 1.76 of Plaintiff's Second Amended

7    Complaint, Defendants state that the allegations are argumentative. Defendants further answer

8    that they are without sufficient information to admit or deny the allegations, and therefore, deny

9    the same.

10           1.77    In answer to the allegations in paragraph 1.77 of Plaintiff's Second Amended

11   Complaint, Defendants state that the allegations are argumentative. Defendants further answer

12   that they are without sufficient information to admit or deny the allegations, and therefore, deny

13   the same.

14           1.78    In answer to the allegations in paragraph 1.78 of Plaintiff's Second Amended

15   Complaint, Defendants state that the allegations are argumentative. Defendants further answer

16   that they are without sufficient information to admit or deny the allegations, and therefore, deny

17   the same.

18           1.79    In answer to the allegations in paragraph 1.79 of Plaintiff's Second Amended

19   Complaint, Defendants admit that a Complaint was filed on January 25, 2021.  Defendants

20   further answer that they are without sufficient information to admit or deny the allegations, and

21   therefore, deny the same.

22           1.80    In answer to the allegations in paragraph 1.80 of Plaintiff's Second Amended

23   Complaint, Defendants state that they are without sufficient information to admit or deny the

24   allegations, and therefore, deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 14
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1.81    In answer to the allegations in paragraph 1.81 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.82    In answer to the allegations in paragraph 1.82 of Plaintiff's Second Amended Complaint, Defendants object as to relevance.  Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.83    In answer to the allegations in paragraph 1.83 of Plaintiff's Second Amended Complaint, Defendants state they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.84    In answer to the allegations in paragraph 1.84 of Plaintiff's Second Amended Complaint, Defendants state they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.85    In answer to the allegations in paragraph 1.85 of Plaintiff's Second Amended Complaint, Defendants state that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.86    In answer to the allegations in paragraph 1.86 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.87    In answer to the allegations in paragraph 1.87 of Plaintiff's Second Amended Complaint, Defendants state that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.88    In answer to the allegations in paragraph 1.88 of Plaintiff's Second Amended

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 15
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

Complaint, Defendants state that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.89    In answer to the allegations in paragraph 1.89 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.90    In answer to the allegations in paragraph 1.90 of Plaintiff's Second Amended Complaint, Defendants state that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.91    In answer to the allegations in paragraph 1.91 of Plaintiff's Second Amended Complaint, Defendants state that the kites speak for themselves.  As to any remaining allegations, Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.92    In answer to the allegations in paragraph 1.92 of Plaintiff's Second Amended Complaint, Defendants state that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.93    In answer to the allegations in paragraph 1.93 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

1.94    In answer to the allegations in paragraph 1.94 of Plaintiff's Second Amended Complaint, Defendants state that the allegations are argumentative. Defendants further answer that they are without sufficient information to admit or deny the allegations, and therefore, deny the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 16
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1    1.95    In answer to the allegations in paragraph 1.95 of Plaintiff's Second Amended

2    Complaint, Defendants state that they are without sufficient information to admit or deny the

3    allegations, and therefore, deny the same.

4    1.96    In answer to the allegations in paragraph 1.96 of Plaintiff's Second Amended

5    Complaint, Defendants state that they are without sufficient information to admit or deny the

6    allegations, and therefore, deny the same.

7    1.97    In answer to the allegations in paragraph 1.97 of Plaintiff's Second Amended

8    Complaint, Defendants state that they are without sufficient information to admit or deny the

9    allegations, and therefore, deny the same.

10    1.98    In answer to the allegations in paragraph 1.98 of Plaintiff's Second Amended

11    Complaint, Defendants state that they are without sufficient information to admit or deny the

12    allegations, and therefore, deny the same.

13    1.99    In answer to the allegations in paragraph 1.99 of Plaintiff's Second Amended

14    Complaint, Defendants state that they are without sufficient information to admit or deny the

15    allegations, and therefore, deny the same.

16    1.100    In answer to the allegations in paragraph 1.100 of Plaintiff's Second Amended

17    Complaint, Defendants state that they are without sufficient information to admit or deny the

18    allegations, and therefore, deny the same.

19    1.101    In answer to the allegations in paragraph 1.101 of Plaintiff's Second Amended

20    Complaint, Defendants state that they are without sufficient information to admit or deny the

21    allegations, and therefore, deny the same.

22    1.102    In answer to the allegations in paragraph 1.102 of Plaintiff's Second Amended

23    Complaint, Defendants object as to relevance and state that the allegation contains hearsay.

24    Defendants further answer that they are without sufficient information to admit or deny the

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 17
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

1   allegations, and therefore, deny the same.

2       1.103   In answer to the allegations in paragraph 1.103 of Plaintiff's Second Amended

3   Complaint, Defendants state that they are without sufficient information to admit or deny the

4   allegations, and therefore, deny the same.

5       1.104   In answer to the allegations in paragraph 1.104 of Plaintiff's Second Amended

6   Complaint, Defendants object as to relevance and state that the allegation contains hearsay.

7   Defendants further answer that they are without sufficient information to admit or deny the

8   allegations, and therefore, deny the same.

9       1.105   In answer to the allegations in paragraph 1.105 of Plaintiff's Second Amended

10   Complaint, Defendants state that the allegation contains hearsay.  Defendants further answer that

11   they are without sufficient information to admit or deny the allegations, and therefore, deny the

12   same.

13       1.106   In answer to the allegations in paragraph 1.106 of Plaintiff's Second Amended

14   Complaint, Defendants state that the allegations are argumentative. Defendants deny the same.

15       1.107   In answer to the allegations in paragraph 1.107 of Plaintiff's Second Amended

16   Complaint, Defendants state that they are without sufficient information to admit or deny the

17   allegations, and therefore, deny the same.

18       1.108   In answer to the allegations in paragraph 1.108 of Plaintiff's Second Amended

19   Complaint, Defendants state that they are without sufficient information to admit or deny the

20   allegations, and therefore, deny the same.

21       1.109   In answer to the allegations in paragraph 1.109 of Plaintiff's Second Amended

22   Complaint, Defendants state that the allegations are argumentative. Defendants further answer

23   that they are without sufficient information to admit or deny the allegations, and therefore, deny

24   the same.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 18
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

**Injury** No paragraph number is provided. In answer to this paragraph, Defendants deny the same.

1.110-1.114    In answer to the allegations in paragraph 1.110 – 1.114 of Plaintiff's Second Amended Complaint, these answering Defendants deny the same.

1.115 -1.122    Ed Troyer and Patti Jackson have been dismissed as defendants from this lawsuit and no answer is required to paragraphs 1.115-1.122. To the extent that any answers is required, Defendants deny the same.

1.123   In answer to the allegations in paragraph 1.123 of Plaintiff's Second Amended Complaint, these answering Defendants deny the same.

1.124-1.125    In answer to the allegations in paragraph 1.124-1.125 of Plaintiff's Second Amended Complaint, these answering Defendants deny the same.

1.126-1.134    Defendants incorporate all answers to prior paragraphs and as to any remaining allegations, these answering Defendants deny the same.

In answer to the Prayer for Relief stated in Plaintiff's Second Amended Complaint, these answering Defendants deny that Plaintiff is entitled to any of the relief requested.

## II.    <u>AFFIRMATIVE AND OTHER DEFENSES</u>

**FURTHER, AND BY WAY OF AFFIRMATIVE AND OTHER DEFENSES, AND ALL OTHER MATTERS OF AVOIDANCE, DEFENDANTS ALLEGE AS FOLLOWS:**

1.    FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

2.    NO NOTICE OF DEFECT

3.    NO CLAIM FILING AS REQUIRED BY RCW 4.96.020

4.    NO VIOLATION(S) OF CONSTITUTIONAL RIGHTS BY PERSONAL ACTIONS OF INDIVIDUAL DEFENDANTS

5.    QUALIFIED IMMUNITY: Defendants are entitled to qualified immunity as to both state and federal claims.

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 19
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

6.    REASONABLE CARE: Defendants' actions were reasonable and they did not act with deliberate indifference.

7.    DISCRETIONARY IMMUNITY: Defendant(s) state that all actions of Defendants alleged as negligence, manifests a reasonable exercise of judgment and discretion by authorized public officials made in the exercise of governmental authority entrusted to them and are neither tortious nor actionable.

8.    GOOD FAITH: Defendants at all times acted in good faith in the performance of their duties and is therefore immune from suit for the matters charged in Plaintiff's Second Amended Complaint.

9.    NEGLIGENCE/INTENTIONAL ACT OF THIRD PARTY OR PARTIES: Defendants state that any alleged damages and/or injuries, if any, claimed by the Plaintiff were proximately caused or contributed to by the negligence and/or intentional conduct of another/others, including but not limited to other inmates, and not from any act or omission by Defendants.

10.   COMPARATIVE FAULT: Plaintiff's alleged injuries and damages, if any, were proximately caused or contributed to by the fault of Plaintiff.

11.   INTERVENING/SUPERSEDING CAUSE: Defendants state that Plaintiff's claims were caused or made worse by an intervening, supervening and/or superseding event or events.

12.   FAILURE TO MITIGATE: Defendant states that if Plaintiff suffered any injury or damages, recovery is barred or mitigated by Plaintiff's failure to mitigate damages.

## III.    PRAYER FOR RELIEF

**WHEREFORE**, having fully answered Plaintiff's said Complaint, Defendants pray the Court for the following relief:

1.    That Plaintiff's Second Amended Complaint be dismissed with prejudice;

2.    That Defendants be awarded their costs and reasonable attorney fees incurred herein;

3.    That Defendants be allowed to reserve the right to amend this Answer to assert such cross-claims, counterclaims, and/or third party claims as during the course of discovery herein becomes proper;

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT - 20
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

4.      For such other and further relief as may appear just and equitable in the premises.

DATED this 13th day of May, 2022.

MARY E. ROBNETT
Prosecuting Attorney

s/ FRANK CORNELIUS
FRANK CORNELIUS, WSBA #29590
Deputy Prosecuting Attorney / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402-2160
Ph: 253-798-6514 / Fax: 253-798-6713
frank.cornelius@piercecountywa.gov

## CERTIFICATE OF SERVICE

On May 13, 2022, I hereby certify that I electronically filed the foregoing PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Justin Allen Davey**
echotawolfclan@gmail.com

s/ NADINE BRITTAIN
NADINE BRITTAIN
Legal Assistant
Pierce County Prosecutor's Office
Civil Division, Suite 301
955 Tacoma Avenue South
Tacoma, WA 98402-2160
Ph:  253-798-6081 / Fax:  253-798-6713

PIERCE COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED
COMPLAINT - 21
Answers to P's 2nd Amend Cmplt
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713