UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN ALLEN DAVEY,<br><br>                Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY COUNCIL, et al.,<br><br>                Defendant. | Case No. C21-05068-LK-SKV<br><br>ORDER APPOINTING PRO BONO COUNSEL |

This is a 42 U.S.C. § 1983 prisoner civil rights action. On August 8, 2022, the Court issued an order reconsidering Plaintiff's prior request for appointment of counsel, Dkt. 24, granting appointment of counsel contingent on the identification of counsel willing to represent Plaintiff, and directing the Western District of Washington's pro bono coordinator to identify counsel to represent Plaintiff, in accordance with the Court's General Order 16-20. Dkt. 73. On October 19, 2022, the Court was notified that counsel had been located. Accordingly, the Court hereby GRANTS Plaintiff's request for appointment of counsel and appoints J. Scott Pritchard (scott.pritchard@stoel.com) of Stoel Rives LLP, 600 University St. Ste. 3600, Seattle, WA 98101-3197, as counsel for Plaintiff, Justin Allen Davey, pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the

ORDER APPOINTING PRO BONO COUNSEL - 1

Representation of *Pro Se* Litigants in Civil Rights Actions" ("the Rules").  *See* General Order No. 16-20 (Dec. 8, 2020).

Counsel filed a Notice of Appearance in this case on October 19, 2022, which the Court deems appropriately and timely filed for purposes of his representation in this matter.  If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from appointment should immediately be filed with the assigned judge.  In the event Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority.  The court is unable to assure counsel of compensation from any other source, however.

The Clerk is directed to send copies of this order to the parties and to the Honorable Lauren King.

Dated this 21st day of October, 2022.

S. KATE VAUGHAN
United States Magistrate Judge