U.S. District Judge Lauren King
US Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN ALLEN DAVEY,<br><br>Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY COUNCIL, ED TROYER, PATTI JACKSON, BRIAN SUTHERLIN, MATTHEW DOBSON, ANTHONY MASTANDREA, DARRYL HERBISON, AND TORVALD PEARSON,<br><br>Defendants. | NO. 3:21-cv-05068-JCC-SKV<br><br>JOINT STATEMENT AND RESPONSE TO COURT ORDER DKT 98 |

Pursuant to the Court's Order of March 6, 2023 (Dkt. 93), Plaintiff Echota Wolfclan a/k/a - f/k/a Justin Allen Davey and Defendants hereby submit the following Joint Statement and Response and inform the Court as follows:

On March 3, 2023, the parties agreed to a settlement of all costs, including attorneys' fees, in the amount of $12,000.00.  The parties will file an updated Offer of Judgment that will include the above amount for costs and attorneys' fees.  The parties also intend to file a separate Satisfaction of Judgment that will include the Judgment amount of $33,000.00 plus $12,000.00 for costs and attorneys' fees.

////

JOINT STATEMENT AND RESPONSE TO COURT ORDER Dkt. 98 - 1
3.7.23 Jt Smnt  Resp to CO
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

DATED this 7th day of March, 2023.

MARY E. ROBNETT<br>
Prosecuting Attorney<br>
<br>
s/ FRANK CORNELIUS<br>
FRANK CORNELIUS, WSBA #29590<br>
Deputy Prosecuting Attorney / Civil<br>
930 Tacoma Avenue South, Suite 946<br>
Tacoma, WA 98402-2102<br>
Ph: 253-798-6514 / Fax: 253-798-6713<br>
frank.cornelius@piercecountywa.gov<br>
<br>
<br>
s/ J. SCOTT PRITCHARD<br>
J. Scott Pritchard, WSBA No. 50761<br>
Alissa N. Harris, WSBA No. 59368<br>
Michael P. Rubin, WSBA No. 59598<br>
Stoel Rives, LLP, 600 University St., Ste. 3600<br>
Seattle, WA 98101<br>
Ph: (206)624-0900 / Fax (206)386-7500<br>
scott.pritchard@stoel.com<br>
ali.harris@stoel.com<br>
michael.rubin@stoel.com

## CERTIFICATE OF SERVICE

On March 7, 2023, I hereby certify that I electronically filed the foregoing JOINT STATEMENT AND RESPONSE TO COURT ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- J. Scott Pritchard: scott.pritchard@stoel.com
  STOEL RIVES, LLP

- Alissa N. Harris: ali.harris@stoel.com
  STOEL RIVES, LLP

- Michael P. Rubin: michael.rubin@stoel.com
  STOEL RIVES, LLP

s/ NADINE BRITTAIN<br>
NADINE BRITTAIN<br>
Legal Assistant

JOINT STATEMENT AND RESPONSE TO COURT ORDER Dkt. 98 - 2
3.7.23 Jt Smnt Resp to CO
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713