U.S. District Judge Lauren King
US Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN ALLEN DAVEY,<br><br>Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY COUNCIL, ED TROYER, PATTI JACKSON, BRIAN SUTHERLIN, MATTHEW DOBSON, ANTHONY MASTANDREA, DARRYL HERBISON, AND TORVALD PEARSON,<br><br>Defendants. | NO. 3:21-cv-05068-JCC-SKV<br><br>AMENDED OFFER OF JUDGMENT PURSUANT TO RULE 68 |

Pursuant to Federal Rule of Civil Procedure 68 and *Marek v. Chesny*, 473 U.S. 1 (1985), Defendants Pierce County hereby offer to permit Plaintiff to take a judgment against it in settlement of all claims against all Defendants to this action, including, but not limited to Defendants Pierce County, Ed Troyer, Patti Jackson, Brian Sutherlin, Matthew Dobson, Anthony Mastandrea, Darryl Herbison and Torvald Pearson, in the amount of Thirty Three Thousand Dollars ($33,000.00), and an additional Twelve Thousand Dollars ($12,000.00) in costs and fees accrued in this case by Plaintiff to the date and time of the January 19, 2023, Offer of Judgment. See Dkt. 96, Dkt.96-1, Dkt. 97, Dkt. 97-1.

This Offer amends the prior January 19, 2023, Offer of Judgment (Dkt. 96, Dkt.96-1,

AMENDED OFFER OF JUDGMENT PURSUANT TO RULE 68 - 1
3.8.23 Amended Offer of Judgment
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

Dkt. 97, Dkt. 97-1) and is extended in an effort to settle and fully resolve all legal and equitable relief sought by Plaintiff in this case against Defendants, to include any current or former employees of Pierce County. This Offer is made for the purpose of and pursuant to Civil Rule 68 and shall not be construed as a waiver of any defense or objection, as an admission of liability, or as an admission that Plaintiff has suffered any injury or incurred any damages as a result of any action, inaction, or other conduct by Defendants. This Offer is made in an attempt to allow Plaintiff and Defendants to compromise their respective litigation positions, to eliminate the added costs of further discovery and other trial preparation, and to avoid the risks and expenses of trial.

DATED this 9th day of March, 2023.

> MARY E. ROBNETT
> Prosecuting Attorney
>
> s/ FRANK CORNELIUS
> FRANK CORNELIUS, WSBA #29590
> Deputy Prosecuting Attorney / Civil
> 930 Tacoma Avenue South, Suite 946
> Tacoma, WA  98402-2102
> Ph: 253-798-6514 / Fax: 253-798-6713
> frank.cornelius@piercecountywa.gov

### CERTIFICATE OF SERVICE

On March 9, 2023, I hereby certify that I electronically delivered the foregoing AMENDED OFFER OF JUDGMENT PURSUANT TO RULE 68 to the following attorneys of record for Plaintiff in this matter:

> STOEL RIVES, LLP
> J. Scott Pritchard: scott.pritchard@stoel.com
> Alissa N. Harris: ali.harris@stoel.com
> Michael P. Rubin: michael.rubin@stoel.com

> s/ NADINE BRITTAIN
> NADINE BRITTAIN
> Legal Assistant

AMENDED OFFER OF JUDGMENT PURSUANT TO RULE 68 - 2
3.8.23 Amended Offer of Judgment
USDC WAWD No. 3:21-cv-05068-JCC-SKV

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713